# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HERMAN RANEY

NO. 2020 KW 1283

FEB 1 8 2021

---

In Re:    Herman Raney, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 19-07216.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

VGW
WRC

**Welch, J.,** dissents and would grant the writ application to
reverse the trial court's ruling denying the motion to
suppress. The detective who conducted the warrantless search of
relator's apartment did not verify the identity of the woman who
granted consent to search the apartment nor did the detective
establish the woman's common authority over the premises.

COURT OF APPEAL, FIRST CIRCUIT

_a.s~_
_____
    DEPUTY CLERK OF COURT
        FOR THE COURT